UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**ELEAZAR YISRAEL,** :
                                        CIVIL ACTION NO. 3:16-572
**Plaintiff,** :
                                        (JUDGE MANNION)
      **v.** :

**STATE POLICE,** *et al.,* :

      **Defendants** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Pennsylvania State Police, and Plaintiff's allegations concerning the validity of his pre-trial incarceration, are **DISMISSED** without prejudice under 28 U.S.C. §§1915(e)(2)(B)(i) and 1915A .

2. The Clerk of Court shall amend the docket sheet to reflect that the Pennsylvania State Police is **TERMINATED** as a Defendant.

3. The Clerk of Court is specially appointed in accordance with Fed. R. Civ. P. 4(c)(3) to serve a copy of the Complaint (Doc. 1), Notice of Lawsuit and Request to Waive Service of Summons (form AO 398), Waiver of the Service of Summons (form AO 399) and this Order on the remaining Defendants.

4. The Clerk of Court shall serve the documents listed in paragraph 3 on each remaining Defendant.

5. If service is unable to be completed due to Plaintiff's failure to properly name a Defendant, or provide an accurate mailing address for the defendant, he will be required to correct this deficiency. If Plaintiff fails to comply, the Plaintiff's claims against that Defendant

may be dismissed pursuant to Fed. R. Civ. P. 4(m).

6. The Clerk of Court is directed to issue the Administrative Order to the Warden directing the Warden to begin deducting money from the inmate's account in the manner described in the Administrative Order.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   June 13, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0572-01-Order.wpd