# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELEAZAR YISRAEL,** : | **CIVIL ACTION NO. 3:16-572** |
| **Plaintiff,** : | |
| v. : | **(JUDGE MANNION)** |
| **STATE POLICE,** *et al.*, : | |
| **Defendants** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The motion to dismiss Defendant, Luzerne County Medical Director, (Doc. 17), is **GRANTED**.

2. The complaint against Defendant, Luzerne County Sheriff's Department, is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

5. The plaintiff will have until April 14, 2017 to file an amended complaint with respect to the excessive force claim as set forth in the Memorandum filed this day.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 21, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0572-02-Order.wpd